UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE UNDERWOOD,<br><br>    Petitioner,<br><br>    v.<br><br>C. PFEIFFER, WARDEN,<br><br>    Respondent. | CASE NO. CV 18-825-SJO (PJW)<br><br>ORDER DISMISSING SECOND OR SUCCESSIVE HABEAS CORPUS PETITION AND DENYING CERTIFICATE OF APPEALABILITY |

Before the Court is Petitioner's second attempt to challenge his 1982 state conviction and resultant sentence. His first petition was denied on the merits in August 1994. (*Underwood v. Prunty*, CV 94-545-RAP (B), August 31, 1994 Order; Petition at 7.) Petitioner apparently did not appeal that dismissal.

Absent authorization from the Ninth Circuit, Petitioner may not bring another habeas petition challenging his 1982 conviction and sentence. *See* 28 U.S.C. § 2244; *see also Burton v. Stewart*, 549 U.S. 147, 157 (2007) (holding district court lacks jurisdiction to consider the merits of a second or successive petition absent prior authorization from the circuit court). For this reason, the Petition is dismissed.

The Court further finds that Petitioner has not made a substantial showing of the denial of a constitutional right or that the court erred in its procedural ruling and, therefore, a certificate of appealability will not issue in this action. *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Pursuant to Ninth Circuit Rule 22-3(a), the Court refers the Petition to the United States Court of Appeals for the Ninth Circuit for consideration as an application for leave to file a second or successive petition. The Clerk shall send a copy of the Petition and a copy of this Order to the Clerk of the United States Court of Appeals for the Ninth Circuit. The Clerk shall provide Petitioner with a form recommended by the Ninth Circuit for filing an Application for Leave to File Second or Successive Petition Under 28 U.S.C. § 2254 or Motion Under 28 U.S.C. § 2255 (Appeal Form 12).

IT IS SO ORDERED.

DATED: February 13, 2018.

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

Presented by:

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Users\vcruz\AppData\Local\Temp\notesC7A056\Ord dismissing Pet.wpd

2