UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDRE UNDERWOOD, | ) | CASE NO. CV 18-825-SJO (PJW) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| C. PFEIFFER, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: <u>February 13, 2018</u>.

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

C:\Users\vcruz\AppData\Local\Temp\notesC7A056\Judgment.wpd